ALEXANDER DOYLE, Appellant, *v.* HAMILTON FISH COR-PORATION, Respondent.

Reported below, 153 App. Div. 892.
(Submitted February 24, 1913; decided March 4, 1913.)

MOTION to dismiss an appeal from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered November 11, 1912, affirming a judgment in favor of defendant entered upon a dismissal of the complaint by the court at a Trial Term without a jury in an action to recover under the terms of a lease. Also motion to dismiss an appeal from an order of said Appellate Division, entered December 13, 1912, which denied a motion for leave to re-argue the appeal to that court.

The first motion was made upon the grounds that the affirmance by the Appellate Division was unanimous; that the exceptions were frivolous and that permission to appeal had not been obtained. The second motion was made upon the ground that the order appealed from was discretionary and, therefore, not appealable.

*John S. Montgomery* for motion.

*Merritt E. Haviland* opposed.

Motion to dismiss appeal from judgment denied, with ten dollars costs.

Motion to dismiss appeal from order denying re-argument granted and appeal dismissed, with costs and ten dollars costs of motion.